IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT WILSON,
    Plaintiff,

v.                                       Civil No. 3:23cv81 (DJN)

BETH ARTHUR, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 7, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court informed Plaintiff that he must keep the Court advised of his current address in the event that he is released or relocates. (*Id.*) Plaintiff, apparently was released from incarceration in March of 2024 and has not updated his address with the Court. *See Wilson v. Ashby, et al.*, 3:23cv843 (E.D. Va. Apr. 4, 2024). Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                  /s/
                                     David J. Novak
                                     United States District Judge

Richmond, Virginia
Dated:  April 15, 2024